IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUSTAFI ALI, | : | |
| Plaintiff, | : | 1:18-cv-1068 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| C. BENNING *et al.*, | : | |
| Defendants | : | |

# **ORDER**

# **March 13, 2020**

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 58) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and Plaintiff's motion (Doc. 71) for a scheduling order, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 58) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendants and against Plaintiff.

3. Plaintiff's motion (Doc. 71) for a scheduling order is DENIED.

4. The Court declines to exercise supplemental jurisdiction over the state law claims.

5. The Clerk of Court is directed to CLOSE this case.

6. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                                s/ John E. Jones III
                                                                 John E. Jones III
                                                                 United States District Judge